EXHIBIT C



**TELLICO RESOLUTION GROUP**
Steven D. Duncan
(706) 506-0830
Sduncan@tellicoresolutiongroup.com

# Investigative Report

May 4, 2018

On 03/08/2018 Private Investigator Steve Duncan (Duncan) received a request to serve two Civil Action Summons on Howard Dwayne Hale.

On 03/10/2018 an extensive database check was conducted on Howard D. Hale. The information obtained provided a date of birth of ▆▆▆▆1985 and a Social Security Number of ▆▆▆▆8966. Two possible traffic charges were located: Seat belt Law Violation – 01/12/2008 and Speeding – 01/07/2004. An address of 7790 Standifer Gap Road, Chattanooga, Tennessee was listed along with a date of birth of ▆▆▆▆1985. The reason for date of birth variation is unknown. These records were not verified with Hamilton County, Tennessee. One Employer was listed as Fun Time Foods LLC since 05/19/2014. Four addresses were listed: 1312 Sunnyfield Lane, Chattanooga, TN; 6234 Perimeter Drive, Suite G102, Chattanooga, TN; 7790 Standifer Gap Road, Chattanooga, TN; 7738 Standifer Gap Road, Chattanooga, TN. A Tennessee Driver's License, ▆▆▆▆▆▆▆ in the name of Howard Dwayne Hale, JR. was shown with an address of 1312 Sunnyfield Lane, Chattanooga, TN with an expiration date of 03/09/2020. The description was 5' 11" white male. No Professional Affiliations or professional Licenses were indicated. Three Bankruptcies were listed: Chapter 7 filed 01/11/2000 in the Eastern District of Tennessee; Chapter 13 filed 05/12/1999 in the Eastern District of Tennessee; Chapter 13 filed 05/19/1997 in the Eastern District of Tennessee. The 7738 Standifer Gap Road, Chattanooga, Tennessee address was used in all filings. One Judgement was found filed 06/2000 by Plaintiff Sam Oberlin. No Current Property Deeds, Foreclosures, Assessments or Evictions were found. Three vehicles were listed: 2010 Ford F250 Pickup, TN Tag 4914AL; 2012 Nissan Altima, TN Tag W8961M; 1977 CJ7 Roadster (probably a Jeep from the VIN), TN Tag 1882AL. The Sunnyfield Lane address was used for the Pickup and the Jeep; 7738 Standifer Gap Road was used for the Altima. Emily E. Hale was also listed on the Pickup and Callie A. Hale was also listed on the Altima. No Global Watch Listings or US Business Affiliations were found. One UCC Filing, dated 02/28/2017, was found for Fun Time Foods LLC at 1312 Sunnyfield Lane, Chattanooga, Tennessee with Howard Hale listed with a date of birth of ▆▆▆▆1985. It is not know why the date of birth is different. One Corporate Affiliation was listed as Fun Time Foods LLC with Tikiz Shaved Ice and Ice Cream as a Trade Style. The Registered Agent was listed as Howard Dwayne Hale at 1312 Sunnyfield Lane, Chattanooga, Tennessee. A Voter registration was shown to

5251-C Highway 153, PMB 261, Hixson, TN 37343
Office (423) 883-4213



**TELLICO RESOLUTION GROUP**
Steven D. Duncan
(706) 506-0830
Sduncan@tellicoresolutiongroup.com

Howard D Hale at 7738 Standifer Gap Road, Chattanooga, Tennessee. No Aircraft Records, Pilot Licenses, Hunting Permits or Weapon Permits were listed.

On 03/30/2018 at 4:10 Service was attempted at 1312 Sunnyfield Lane. No vehicles visible, no activity observed. At 4:25PM an attempt to locate 7790 Standifer Gap Road yielded an unmarked residence in the approximate location of the address with no activity observed. An older model vehicle in the drive was parked with the Tag obscured. None of Hale's registered vehicles were visible. No evidence of anyone at the residence. The 7790 Standifer Gap Road address could not be located. At 4:40 PM Service was attempted at 6234 Perimeter Drive, Suite G102. The Office was dark inside and no one answered the door. Two Tikiz trucks were parked in front of the business.

On 04/01/2018 Service was attempted at all three locations. Perimeter Drive at 1:20 PM, Sunnyfield Lane at 1:55 PM, Standifer Gap Road at 1:47 PM and Perimeter Drive again at 1:55 PM. The only change was a Black Honda CRU was parked at Sunnyfield Lane. No contact made.

On 04/05/2018 Service was attempted at 4:30 PM at Perimeter Drive. No change, no contact made.

On 04/06/2018 Service was attempted at 11:42 AM at Perimeter Drive. No change, no contact made.

On 04/14/2018 Service was attempted at 3:55 PM at Perimeter Drive. Both Tikiz Trucks were gone. A search was conducted starting at 4:15 PM at the "Drive In" held at the Chattanooga Market off Chesnutt Street, but the Tikiz Trucks were not located.

On 04/19/2018 Service was attempted at 1:50 PM at Perimeter Drive. One Tikiz Truck was gone. The Nissan Altima registered to Howard Hale was there as well as an older Station Wagon (Tag number not visible from the parking lot). No one observed at the Office, dark inside with door locked.

On 04/28/2018 Duncan searched the Chattanooga Market but couldn't locate the Tikiz Trucks or Howard Hale. An Informant who knows Hale had not seen him there at all. Duncan then traveled to South Pittsburg, Tennessee to the Cornbread Festival and attempted to locate the Tikiz Trucks there, but did not locate them or Hale. The Security Officer who set up the Event said the Tikiz Trucks were not there nor were they listed as Registered Vendors. Note: Duncan was later advised that a Fun Foods Truck was at the Event selling "Chicken on a Stick", but Hale was not seen at the Event. The Information was reported to Attorney Jackson by phone.

5251-C Highway 153, PMB 261, Hixson, TN 37343
Office (423) 883-4213



**TELLICO RESOLUTION GROUP**
Steven D. Duncan
(706) 506-0830
Sduncan@tellicoresolutiongroup.com

This Report was sent to Attorney Jackson via e-mail.

Steven D. Duncan
Private Investigator
Tennessee License # 00004777
Georgia License # PDE050414

5251-C Highway 153, PMB 261, Hixson, TN 37343
Office (423) 883-4213