# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Kona Ice, Inc. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-cv-00041 |
| Howard Hale,<br>Fun Time Foods, LLC | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Howard Hale
1312 Sunnyfield Lane
Chattanooga, Tennessee 37412

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William J. Rieder
J. Alan Jackson II
Spears, Moore, Rebman & Williams, P.C.
601 Market Street, Suite 400, Chattanooga, Tennessee 37401
Telephone: 423-756-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/2/2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-00041

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Howard Hale__
was received by me on *(date)* __03/02/2018__.

☑ I personally served the summons on the individual at *(place)* __Chicken on a Stick Event Booth, Parking Space 220 Riverfront Parkway east of Olgiati Bridge, Chattanooga, TN.__ on *(date)* __06/09/2018__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __06/11/2018__

*Server's signature*

Steven D. Duncan
Private Investigator, TN # 4777
*Printed Name and title*

Tellico Resolution Group
5251-C Hwy 153
PMB 261
Hixson (Chattanooga), TN 37343
*Server's address*

Additional information regarding attempted service, etc:

[Notary seal: Notary Public, Chattooga County, GA — My Commission Expires Mar. 21, 2022]

# AFFIDAVIT OF SERVICE

I, Steve D. Duncan, being duly sworn, make oath as follows: I have personally served Howard Hale with a true copy of the attached Civil Action at: the Chicken on a Stick Event Booth, Parking Space 220, Riverfront Parkway east of Olgiati Bridge, Chattanooga, Tennessee on the 9th day of June, 2018 at 4:20 PM.

I further attest I am over the age of 18, am a resident of the State of Georgia and a Licensed Private Investigator in the State of Tennessee.

Dated this 11th day of June, 2018.

Steven D. Duncan

TN P.I. # 4777

Affiant

Sworn to and subscribed before me this the __11th__ day of June, 2018.

NOTARY PUBLIC

My commission expires: 3-21-22

Notary Public, Chattooga County, GA
My Commission Expires Mar. 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, a copy of the foregoing was served via First Class Mail to Defendants Mr. Howard Hale and Fun Time Foods, LLC, 1312 Sunnyfield Lane, Chattanooga, TN 37412, and 6234 Perimeter Drive Chattanooga, Tennessee 37421.

/s/ Joseph Alan Jackson II

7

Case 1:18-cv-00041-TRM-CHS   Document 10   Filed 06/12/18   Page 4 of 4   PageID #: 57