UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KONA ICE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-00041-TRM-CHS ) |
| HOWARD HALE & FUN TIME FOODS, LLC, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

In accordance with Local Rule 12.1(a), the undersigned, as counsel for Plaintiff, has agreed with counsel for Defendants that Defendants shall have an initial 21-day extension of time to respond to the Complaint. The response to the Complaint is presently due by June 30, 2018, and therefore Defendants shall have up to and including July 21, 2018 to respond to the Complaint. A copy of this Stipulation is being provided to Defendants' counsel.

Dated: June 27, 2018.                Respectfully submitted,

/s/ Joseph Alan Jackson II
William J. Rieder, B.P.R. No. 026551
Joseph Alan Jackson II, B.P.R. No. 030203
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400
P.O. Box 1749
Chattanooga, Tennessee 37401
Telephone: 423-756-7000
Facsimile: 423-756-4801
wjr@smrw.com
jaj@smrw.com

*Attorneys for Plaintiff Kona Ice, Inc.*

1

OF COUNSEL:
Brett A. Schatz (Ohio Reg. No. 0072038)
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234 Facsimile
bschatz@whe-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2018, a copy of the foregoing was served via email to counsel for all parties by agreement.

/s/ Joseph Alan Jackson II