# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:                )     MDL No. 2832

                         )

LIQUID TOPPING DISPENSING     )

SYSTEM ('447) PATENT LITIGATION   )

                         )

FILED

JUL 0 6 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## NOTICE OF TAG-ALONG CASES

Tikiz Franchising, LLC ("Tikiz") respectfully submits this Notice pursuant to Rule of Procedure 7.1(a). Tikiz believes that the following cases are related to In Re: Liquid Topping Dispensing System ('447) Patent Litigation, MDL No. 2832:

        Kona Ice v. Hocking, et. al., Case No. 3-18-cv-646 (M.D. Fla.)

        Kona Ice v. Hale, et. at., Case No. 1-18-cv-00041 (E.D. Tenn.)

        Kona Ice v. O'Connor, et. al., Case No. 1-18-cv-00409 (S.D. Ohio)

A transfer order in MDL No. 2832 was previously issued on April 5, 2018, at Docket No. 35. Copies of the Docket Sheet and Complaint for each of these three cases are attached hereto as Exhibits A through C, respectively.

As shown in the Exhibits, and as relevant in MDL No. 2832, the same plaintiff (Kona Ice, Inc.) is asserting the same patent (U.S. Patent 9,751,447) against franchisees of Tikiz.

Dated: June 29, 2018            Respectfully submitted,

                            /s/*Michael Culver*

                            Michael Culver

                            Millen, White, Zelano & Branigan, P.C.

                            2200 Clarendon Blvd., Suite 1400

                            Arlington, VA 22201

                            Tel: 703-243-6333

                            Fax: 703-243-6410

                            Email: culver@mwzb.com

Mark C. Perry (Florida Bar No. 251941)
Law Offices of Mark C. Perry, P.A.
2400 East Commercial Blvd Suite 201
Fort Lauderdale, FL 33308
Tel: 954-351-2601
Fax: 954-351-2605
Email: mark@markperrylaw.com
Attorneys for Tikiz Franchising, LLC

2

# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE:          )  MDL No. 2832
            )
LIQUID TOPPING DISPENSING    )
SYSTEM ('447) PATENT LITIGATION   )
            )

## NOTICE OF TAG-ALONG CASES

### Schedule of Actions

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Kona Ice, Inc. v. Virginia Hocking, Robert Hocking, P&P Hocking LLC | Middle District of Florida | 3:18-cv-00646 | Marcia Morales Howard |
| Kona Ice, Inc. v. Howard Hale, Fun Time Foods, LLC | Eastern District of Tennessee | 1:18-cv-00041 | Travis R. McDonough |
| Kona Ice, Inc. v. Sean O'Connor, Rikki O'Connor | Southern District of Ohio | 1:18-cv-00409 | Michael R. Barrett |

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

IN RE:                                    )      MDL No. 2832
                                          )
LIQUID TOPPING DISPENSING                 )
SYSTEM ('447) PATENT LITIGATION           )
                                          )

**NOTICE OF TAG-ALONG CASES**

# Exhibit A

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CIVIL DOCKET FOR CASE #: 3:18-cv-00646-MMH-JRK

Kona Ice, Inc. v. Hocking et al                         Date Filed: 05/15/2018
Assigned to: Judge Marcia Morales Howard                Jury Demand: Plaintiff
Referred to: Magistrate Judge James R. Klindt           Nature of Suit: 830 Patent
Cause: 35:271 Patent Infringement                       Jurisdiction: Federal Question

**Plaintiff**

**Kona Ice, Inc.**                    represented by   **Curtis Scott Fallgatter**
                                                       Fallgatter & Catlin, PA
                                                       200 E Forsyth St
                                                       Jacksonville, FL 32202
                                                       904/353-5800
                                                       Fax: 904/353-5801
                                                       Email: fallgatterlaw@fallgatterlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Harold H. Catlin**
                                                       Fallgatter & Catlin, PA
                                                       200 E Forsyth St
                                                       Jacksonville, FL 32202
                                                       904/353-5800
                                                       Fax: 904/353-5801
                                                       Email: hcatlin@fallgatterlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Virginia Hocking**                  represented by   **Mark C. Perry**
                                                       Law Office of Mark C. Perry
                                                       2400 E Commercial Blvd Ste 511
                                                       Fort Lauderdale, FL 33308-4048
                                                       954-351-2601
                                                       Fax: 954-351-2605
                                                       Email: mark@markperrylaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Hocking**                    represented by   **Mark C. Perry**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**P&P Hocking LLC**                    represented by  **Mark C. Perry**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2018 | 1 | COMPLAINT against Robert Hocking, Virginia Hocking, P&P Hocking LLC with Jury Demand (Filing fee $ 400 receipt number JAX 27785) filed by Kona Ice, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(RH) (Entered: 05/17/2018) |
| 05/15/2018 | 3 | SUMMONS issued as to Robert Hocking. (RH) (Entered: 05/17/2018) |
| 05/15/2018 | 4 | SUMMONS issued as to Virginia Hocking. (RH) (Entered: 05/17/2018) |
| 05/15/2018 | 5 | SUMMONS issued as to P&P Hocking LLC. (RH) (Entered: 05/17/2018) |
| 05/16/2018 | 2 | Patent Report sent to Alexandria, VA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (RH) (Entered: 05/17/2018) |
| 05/22/2018 | 6 | NOTICE: Based upon the parties' filings, the Court is satisfied of the existence of subject matter jurisdiction over this action. (MMG) (Entered: 05/22/2018) |
| 05/22/2018 | 7 | **NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 5/22/2018. (Attachments: # 1 Case Management Report Form, # 2 Consent Letter and Form)(JW) (Entered: 05/22/2018)** |
| 06/12/2018 | 8 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by All Defendants. (Perry, Mark) Motions referred to Magistrate Judge James R. Klindt. (Entered: 06/12/2018) |
| 06/12/2018 | 9 | NOTICE of Appearance by Mark C. Perry on behalf of Robert Hocking, Virginia Hocking, P&P Hocking LLC (Perry, Mark) (Entered: 06/12/2018) |
| 06/12/2018 | 10 | NOTICE by Robert Hocking, Virginia Hocking, P&P Hocking LLC re 8 Unopposed MOTION for Extension of Time to File Answer re 1 Complaint *Proposed Order Granting Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint* (Perry, Mark) (STRICKEN and REMOVED per Order doc 11 ) Modified on 6/15/2018 (RH). (Entered: 06/12/2018) |
| 06/13/2018 | 11 | **ORDER granting 8 Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Defendants shall have up to and including 7/16/2018 to respond to the Complaint (Doc. No. 1). The Notice of Filing Defendants', Virginia Hocking, Robert Hocking and P&P Hocking, LLC, Proposed Order Granting Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (Doc. No. 10) is STRICKEN, and the Clerk of the Court is directed to remove it from the** |

**official court record. Signed by Magistrate Judge James R. Klindt on 6/13/2018. (MDC) (Entered: 06/13/2018)**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/29/2018 13:08:01 | | | |
| PACER Login: | Msculver86:2948189:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:18-cv-00646-MMH-JRK |
| Billable Pages: | 2 | Cost: | 0.20 |

https://ecf.flmd.uscourts.gov/cgi-bin/DktRpt.pl?805808165897786-L_1_0-1                6/29/2018

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| KONA ICE, INC.<br>5945 CENTENNIAL CIRCLE<br>FLORENCE, KENTUCKY 41042 | ) ) ) ) | Civil Action No.: 3:18-cv-646-J-31JRK |
| Plaintiff, | ) ) | Judge: |
| vs. | ) ) | |
| ROBERT HOCKING | ) ) | |
| and | ) ) | |
| VIRGINIA HOCKING | ) ) | |
| and | ) ) | |
| P&P HOCKING LLC | ) ) | |
| Defendants. | ) ) | |

FILED
2018 MAY 15 PM 3: 45
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiff Kona Ice, Inc. ("Kona Ice") complains against the Defendants Robert Hocking,

Virginia Hocking and P&P Hocking LLC ("Defendants") as follows:

### NATURE OF THE ACTION

1.     This is an action for patent infringement and arises under the Patent Laws of the

United States, Title 35, United States Code.

### THE PARTIES

2.     Kona Ice is a Kentucky corporation having its principal place of business at 5945

Centennial Circle, Florence, Kentucky 41042.  Kona Ice offers frozen treats, including flavored

1

shaved ice, through service vehicles, and it offers its products throughout the country through franchises.

3.       Upon information and belief, Defendants Robert Hocking, 616 Stone Ridge Drive, Ponte Vedra, Florida 32081 and Virginia Hocking, 616 Stone Ridge Drive ay, Ponte Vedra, Florida 32081, are individuals, and P&P Hocking LLC, a Florida Limited Liability Company having a place of business at 616 Stone Ridge Drive, Ponte Vedra, Florida 32081, are actively, continuously, and systematically engaging in business in the State of Florida. Defendants have substantial and continuous contacts with this judicial district through their business activities.

## JURISDICTION AND VENUE

4.       Federal question jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.       Venue in this Court is based upon 28 U.S.C. §§ 1391(b)-(c), and 1400(b). Defendants reside in and have their principal place of business in Ponte Vedra, Florida, and as a result have a regular and established place of business within this district.

## BACKGROUND FACTS

6.       Kona Ice has, over the past several years, established a reputation as a supplier of frozen treats, including flavored shaved ice, in the United States. Kona Ice is represented through its franchisees throughout the United States.

7.       The technology used by Kona Ice in its service vehicles, through which it offers frozen treats, including flavored shaved ice, is disclosed in United States Patent No. 9,751,447, entitled "Liquid Toppings Dispensing System" ("the '447 patent"), which was duly and legally issued on September 5, 2017. A copy of the '447 patent is attached hereto as Exhibit 1.

8.       Kona Ice is the owner by assignment of the '447 patent.

2

9.      On information and belief, Defendants use, operate, and own, service vehicles through which they offer frozen treats, including flavored shaved ice ("Defendants' Service Vehicle"). An image of Defendants' Service Vehicle is attached hereto as Exhibit 2.

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 9,751,447

10.     The allegations of paragraphs 1-9 are incorporated herein by reference as though fully set forth herein.

11.     Defendants have infringed and continue to infringe the '447 patent by their operation and use of Defendants' Service Vehicle, through which they offer frozen treats, including flavored shaved ice. Defendants have infringed at least Claims 1, 2, 3, 4, 6, 7, and 10 of the '447 patent.

12.     Claim 1 of the '447 patent recites the following limitations:

A mobile confectionary apparatus, comprising:

a vehicle including at least one upstanding side wall;

an interior space surrounded by the at least one upstanding side wall and configured to receive at least one person;

an opening extending through the at least one upstanding side wall and through which an item may be passed from the interior space to outside of the vehicle; and

a liquid toppings dispensing system including a housing being positioned adjacent to, and opposing, the at least one upstanding side wall and including a plurality of liquid dispensers configured to dispense at least

3

one liquid topping onto the item, each of the plurality of liquid dispensers

being in fluid communication with at least one reservoir holding the at

least one liquid topping, with the liquid toppings dispensing system being

located externally of the at least one upstanding side wall and spaced

entirely laterally therefrom by a gap.

13.   Defendants' Service Vehicle incorporates each of the above recited limitations of

Claim 1 of the '447 patent.

14.   As can be seen in Exhibit 2, Defendants' Service Vehicle is a mobile

confectionary apparatus, in that it is a service truck that can be moved, and it is used to provide

confections to customers.

15.   As can be seen in Exhibit 2, Defendants' Service Vehicle is a vehicle including at

least one upstanding side wall, in that it is a truck, which is a vehicle, and incorporates at least

one wall that is used to enclose a rear portion of the truck.

16.   As can be seen in Exhibit 2, Defendants' Service Vehicle includes an interior

space surrounded by the at least one upstanding side wall and configured to receive at least one

person, in that the rear portion of the truck is designed to allow at least one person to be present

therein.

17.   As can be seen in Exhibit 2, Defendants' Service Vehicle includes an opening

extending through the at least one upstanding side wall and through which an item may be

passed from the interior space to outside of the vehicle, in that there is a window formed in the

side wall, and that window is used to pass items to customers from the inside of the rear portion

of the truck.

4

18.     As can be seen in Exhibit 2, Defendants' Service Vehicle includes a liquid toppings dispensing system including a housing, in that it incorporates multiple spigots, enclosed by and supported by a frame, that are used to dispense liquid flavoring onto items sold to customers. In addition, the liquid toppings dispensing system is positioned adjacent to, and opposing, the at least one upstanding side wall, in that it is in close proximity to, and opposing, the side wall of the truck. In addition, the liquid toppings dispensing system includes a plurality of liquid dispensers configured to dispense at least one liquid topping onto the item, in that there is more than one spigot used to dispense liquid flavoring onto items sold to customers. In addition, each of the plurality of liquid dispensers are in fluid communication with at least one reservoir holding the at least one liquid topping, in that Defendants' Service Vehicle includes containers that house liquid toppings, and each spigot is attached to a container through a hose. In addition, the liquid toppings dispensing system is located externally of the at least one upstanding side wall and spaced entirely laterally therefrom by a gap, in that it is mounted on the outside of the truck, and there is a space between it and the side wall of the truck.

19.     As can be seen in Exhibit 2, Defendants' Service Vehicle also incorporates each of the limitations the limitations of 2, 3, 4, 6, 7, and 10 of the '447 patent, as recited in Exhibit I hereto.

20.     On information and belief, the acts of infringement complained of herein are being carried out willfully and with full knowledge by Defendants of the '447 patent. To explain, upon information and belief, Defendants are a franchise of Tikiz Shaved Ice & Ice Cream and/or Tikiz Franchising, LLC ("Tikiz"). As a franchise of Tikiz, Defendants are or should be aware from their interactions with Tikiz that Tikiz is aware of and monitors the patents owned by Kona Ice. Upon information, through those interactions, Defendants are aware

5

generally that Kona Ice owns patents relating to service vehicles that provide shaved ice and

confections.  Upon further information and belief, through those interactions, Defendants may be

aware that Kona Ice is the owner of the '447 patent.

21.     As a result of these actions by Defendants, Kona Ice has suffered and continues to

suffer substantial injury, including irreparable injury, and will result in damages to Kona Ice,

including loss of sales and profits, which Kona Ice would have made but for the acts of

infringement by Defendants, unless Defendants are enjoined by this Court.

WHEREFORE, Kona Ice prays for relief against Defendants as follows:

A.     That a judgment be entered that Defendants have infringed, induced the

infringement of, or contributed to the infringement of, United States Patent No. 9,751,447;

B.     That Defendants, their agents, sales representatives, servants and employees,

associates, attorneys, parents, successors and assigns, and any and all persons or entities acting

at, through, under or in active concert or participation with any or all of them, be enjoined and

restrained preliminarily during the pendency of this action and thereafter permanently, from

infringing United States Patent No. 9,751,447;

C.     That a judgment be entered that Defendants be required to pay over to Kona Ice

all damages sustained by Kona Ice due to such acts of infringement and that such damages be

trebled pursuant to 35 U.S.C. § 284 for the willful acts of infringement complained of herein;

D.     That this case be adjudged and decreed exceptional under 35 U.S.C. § 285

entitling Kona Ice to an award of its reasonable attorney fees and that such reasonable attorney

fees be awarded;

E.     That Kona Ice be awarded its costs and prejudgment interest on all damages; and

6

F.     That Kona Ice be awarded such other and further relief as the Court deems just

and proper.

## JURY DEMAND

Plaintiff Kona Ice, Inc. hereby demands and requests trial by jury of all issues

raised that are triable by jury.

Respectfully submitted,

KONA ICE, INC.

Dated: May 15, 2018

*Harold H. Catlin*

Curtis S. Fallgatter
fallgatterlaw@fallgatterlaw.com
Harold H. Catlin
HHC@fallgatterlaw.com
Fallgatter & Catlin, P.A.
200 East Forsyth Street
Jacksonville, Florida 32202
Telephone:  904-353-5800
Facsimile:  904-353-5801

Attorneys for Plaintiff

7

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

IN RE:                                    )        MDL No. 2832
                                          )
LIQUID TOPPING DISPENSING                 )
SYSTEM ('447) PATENT LITIGATION           )
                                          )

<u>**NOTICE OF TAG-ALONG CASES**</u>

# Exhibit B

AO120

# Live Database
## U.S. District Court - Eastern District of Tennessee (Chattanooga)
## CIVIL DOCKET FOR CASE #: 1:18-cv-00041-TRM-CHS

Kona Ice, Inc. v. Hale et al
Assigned to: District Judge Travis R McDonough
Referred to: Magistrate Judge Christopher H Steger
Cause: 35:271 Patent Infringement

Date Filed: 03/01/2018
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Kona Ice, Inc.**

represented by **William J Rieder**
Spears, Moore, Rebman & Williams
P.C.
601 Market Street
Suite 400
Chattanooga, TN 37402
423-756-7000
Fax: 423-756-4801
Email: wjr@smrw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alan Jackson , II**
Spears, Moore, Rebman & Williams
P.C.
601 Market Street
Suite 400
Chattanooga, TN 37402
423-757-0404
Email: JAJ@smrw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Howard Hale**

**Defendant**

**Fun Time Foods, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2018 | 1 | COMPLAINT against Fun Time Foods, LLC, Howard Hale ( Filing fee $ 400 receipt number 0649-3615438.), filed by Kona Ice, Inc.. (Attachments: # 1 |

| | | Exhibit 1 (U.S. Patent No. 9,751,447), # 2 Exhibit 2 (Photographs of Tikiz trucks), # 3 Other Summons for Howard Hale, # 4 Other Summons for Fun Time Foods, LLC, # 5 Other Civil Cover Sheet)(Jackson, Joseph) (Entered: 03/01/2018) |
|---|---|---|
| 03/01/2018 | 2 | Certificate of Corporate Interest by Kona Ice, Inc.. (Jackson, Joseph) (Entered: 03/01/2018) |
| 03/01/2018 | 3 | PATENT AND TRADEMARK NOTICE in compliance with 35 USC 290 and/or 15 USC 1116 regarding 9,751,447 . (Jackson, Joseph) (Entered: 03/01/2018) |
| 03/02/2018 | | District Judge Travis R McDonough and Magistrate Judge Christopher H Steger added. (JBR) (Entered: 03/02/2018) |
| 03/02/2018 | 4 | Order Governing Depositions. Signed by District Judge Travis R McDonough on 3/2/18. (JBR) (Entered: 03/02/2018) |
| 03/02/2018 | 5 | Order Governing Motions To Dismiss. Signed by District Judge Travis R McDonough on 3/2/18. (JBR) (Entered: 03/02/2018) |
| 03/02/2018 | 6 | Order Governing Sealing Confidential Information. Signed by District Judge Travis R McDonough on 3/2/18. (JBR) (Entered: 03/02/2018) |
| 03/02/2018 | 7 | Summons Issued as to Fun Time Foods, LLC, Howard Hale. (Attachments: # 1 Summons Issued - Fun Times Foods, LLC) (JBR) (Entered: 03/02/2018) |
| 05/30/2018 | 8 | MOTION for Extension of Time to Effect Service Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure by Kona Ice, Inc.. (Attachments: # 1 Exhibit A (March 2, 2018 Email to Howard Hale), # 2 Exhibit B (Tennessee Secretary of State Entry for Fun Time Foods, LLC), # 3 Exhibit C (Investigative Report)) (Jackson, Joseph) (Entered: 05/30/2018) |
| 06/08/2018 | 9 | ORDER granting 8 Motion of extention of time to effect service of process. Signed by District Judge Travis R McDonough on 6/7/2018. (AML, ) (Entered: 06/08/2018) |
| 06/12/2018 | 10 | SUMMONS Returned Executed by Kona Ice, Inc.. Howard Hale served on 6/9/2018. (Jackson, Joseph) (Entered: 06/12/2018) |
| 06/12/2018 | 11 | SUMMONS Returned Executed by Kona Ice, Inc.. Fun Time Foods, LLC served on 6/9/2018. (Jackson, Joseph) (Entered: 06/12/2018) |
| 06/27/2018 | 12 | STIPULATION *for Extension of Time to Respond to Complaint Pursuant to Local Rule 12.1(a)* by Kona Ice, Inc.. (Jackson, Joseph) (Entered: 06/27/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2018 13:10:24 | | |
| PACER Login: | Msculver86:2948189:0 | Client Code: |
| Description: | Docket Report | |

|  |  | Search Criteria: | 1:18-cv-00041-TRM-CHS |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |

https://ecf.tned.uscourts.gov/cgi-bin/DktRpt.pl?666557344688694-L_1_0-1          6/29/2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION AT CHATTANOOGA

| | | |
|---|---|---|
| KONA ICE, INC.<br>5945 CENTENNIAL CIRCLE<br>FLORENCE, KENTUCKY 41042 | ) ) ) | Civil Action No. 1:18-cv-00041 |
| Plaintiff, | ) ) ) | Judge: |
| vs. | ) ) ) | |
| HOWARD HALE<br>1312 SUNNYFIELD LANE<br>CHATTANOOGA, TENNESSEE 37412, | ) ) ) ) | JURY DEMANDED |
| and | ) ) | |
| FUN TIME FOODS, LLC<br>1312 SUNNYFIELD LANE<br>CHATTANOOGA, TENNESSEE 37412. | ) ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiff Kona Ice, Inc. ("Kona Ice") complains against the Defendants Howard Hale and

Fun Time Foods, LLC ("Defendants") as follows:

### NATURE OF THE ACTION

1.    This is an action for patent infringement and arises under the Patent Laws of the

United States, Title 35, United States Code.

### THE PARTIES

2.    Kona Ice is a Kentucky corporation having its principal place of business at 5945

Centennial Circle, Florence, Kentucky 41042. Kona Ice offers frozen treats, including flavored

shaved ice, through service vehicles, and it offers its products throughout the country through

franchises.

3.     Upon information and belief, Defendants Howard Hale, 1312 Sunnyfield Lane, Chattanooga, Tennessee 37412, an individual, and Fun Time Foods, LLC, a Tennessee Limited Liability Company having a place of business at 1312 Sunnyfield Lane, Chattanooga, Tennessee 37412, are actively, continuously, and systematically engaging in business in the State of Tennessee. Defendants have substantial and continuous contacts with this judicial district through their business activities.

## JURISDICTION AND VENUE

4.     Federal question jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     Venue in this Court is based upon 28 U.S.C. §§ 1391(b)-(c), and 1400(b). Defendants reside in and have their principal place of business in Chattanooga, Tennessee, and as a result have a regular and established place of business within this district.

## BACKGROUND FACTS

6.     Kona Ice has, over the past several years, established a reputation as a supplier of frozen treats, including flavored shaved ice, in the United States. Kona Ice is represented through its franchisees throughout the United States.

7.     The technology used by Kona Ice in its service vehicles, through which it offers frozen treats, including flavored shaved ice, is disclosed in United States Patent No. 9,751,447, entitled "Liquid Toppings Dispensing System" ("the '447 patent"), which was duly and legally issued on September 5, 2017. A copy of the '447 patent is attached hereto as Exhibit 1.

8.     Kona Ice is the owner by assignment of the '447 patent.

2

9.     On information and belief, Defendants use, operate, and own, service vehicles through which they offer frozen treats, including flavored shaved ice ("Defendants' Service Vehicle"). Images of Defendants' Service Vehicle are attached hereto as Exhibit 2.

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 9,751,447

10.     The allegations of paragraphs 1-9 are incorporated herein by reference as though fully set forth herein.

11.     Defendants have infringed and continue to infringe the '447 patent by their operation and use of Defendants' Service Vehicle, through which they offer frozen treats, including flavored shaved ice. Defendants have infringed at least Claims 1, 2, 3, 4, 6, 7, and 10 of the '447 patent.

12.     Claim 1 of the '447 patent recites the following limitations:

A mobile confectionary apparatus, comprising:

a vehicle including at least one upstanding side wall;

an interior space surrounded by the at least one upstanding side wall and configured to receive at least one person;

an opening extending through the at least one upstanding side wall and through which an item may be passed from the interior space to outside of the vehicle; and

a liquid toppings dispensing system including a housing being positioned adjacent to, and opposing, the at least one upstanding side wall and

3

including a plurality of liquid dispensers configured to dispense at least

one liquid topping onto the item, each of the plurality of liquid dispensers

being in fluid communication with at least one reservoir holding the at

least one liquid topping, with the liquid toppings dispensing system being

located externally of the at least one upstanding side wall and spaced

entirely laterally therefrom by a gap.

13.     Defendants' Service Vehicle incorporates each of the above recited limitations of

Claim 1 of the '447 patent.

14.     As can be seen in Exhibit 2, Defendants' Service Vehicle is a mobile

confectionary apparatus, in that it is a service truck that can be moved, and it is used to provide

confections to customers.

15.     As can be seen in Exhibit 2, Defendants' Service Vehicle is a vehicle including at

least one upstanding side wall, in that it is a truck, which is a vehicle, and incorporates at least

one wall that is used to enclose a rear portion of the truck.

16.     As can be seen in Exhibit 2, Defendants' Service Vehicle includes an interior

space surrounded by the at least one upstanding side wall and configured to receive at least one

person, in that the rear portion of the truck is designed to allow at least one person to be present

therein.

17.     As can be seen in Exhibit 2, Defendants' Service Vehicle includes an opening

extending through the at least one upstanding side wall and through which an item may be

passed from the interior space to outside of the vehicle, in that there is a window formed in the

side wall, and that window is used to pass items to customers from the inside of the rear portion

of the truck.

4

18.     As can be seen in Exhibit 2, Defendants' Service Vehicle includes a liquid

toppings dispensing system including a housing, in that it incorporates multiple spigots, enclosed

by and supported by a frame, that are used to dispense liquid flavoring onto items sold to

customers.  In addition, the liquid toppings dispensing system is positioned adjacent to, and

opposing, the at least one upstanding side wall, in that it is in close proximity to, and opposing,

the side wall of the truck.  In addition, the liquid toppings dispensing system includes a plurality

of liquid dispensers configured to dispense at least one liquid topping onto the item, in that there

is more than one spigot used to dispense liquid flavoring onto items sold to customers.  In

addition, each of the plurality of liquid dispensers are in fluid communication with at least one

reservoir holding the at least one liquid topping, in that Defendants' Service Vehicle includes

containers that house liquid toppings, and each spigot is attached to a container through a hose.

In addition, the liquid toppings dispensing system is located externally of the at least one

upstanding side wall and spaced entirely laterally therefrom by a gap, in that it is mounted on the

outside of the truck, and there is a space between it and the side wall of the truck.

19.     As can be seen in Exhibit 2, Defendants' Service Vehicle also incorporates each

of the limitations the limitations of 2, 3, 4, 6, 7, and 10 of the '447 patent, as recited in Exhibit 1

hereto.

20.     On information and belief, the acts of infringement complained of herein are

being carried out willfully and with full knowledge by Defendants of the '447 patent.  To

explain, upon information and belief, Defendants are a franchise of Tikiz Shaved Ice & Ice

Cream and/or Tikiz Franchising, LLC ("Tikiz").  As a franchise of Tikiz, Defendants are or

should be aware from their interactions with Tikiz that Tikiz is aware of and monitors the patents

owned by Kona Ice.  Upon information, through those interactions, Defendants are aware

5

generally that Kona Ice owns patents relating to service vehicles that provide shaved ice and confections. Upon further information and belief, through those interactions, Defendants may be aware that Kona Ice is the owner of the '447 patent.

21.    As a result of these actions by Defendants, Kona Ice has suffered and continues to suffer substantial injury, including irreparable injury, and will result in damages to Kona Ice, including loss of sales and profits, which Kona Ice would have made but for the acts of infringement by Defendants, unless Defendants are enjoined by this Court.

WHEREFORE, Kona Ice prays for relief against Defendants as follows:

A.    That a judgment be entered that Defendants have infringed, induced the infringement of, or contributed to the infringement of, United States Patent No. 9,751,447;

B.    That Defendants, their agents, sales representatives, servants and employees, associates, attorneys, parents, successors and assigns, and any and all persons or entities acting at, through, under or in active concert or participation with any or all of them, be enjoined and restrained preliminarily during the pendency of this action and thereafter permanently, from infringing United States Patent No. 9,751,447;

C.    That a judgment be entered that Defendants be required to pay over to Kona Ice all damages sustained by Kona Ice due to such acts of infringement and that such damages be trebled pursuant to 35 U.S.C. § 284 for the willful acts of infringement complained of herein;

D.    That this case be adjudged and decreed exceptional under 35 U.S.C. § 285 entitling Kona Ice to an award of its reasonable attorney fees and that such reasonable attorney fees be awarded;

E.    That Kona Ice be awarded its costs and prejudgment interest on all damages; and

6

F.     That Kona Ice be awarded such other and further relief as the Court deems just

and proper.

**JURY DEMAND**

Plaintiff Kona Ice, Inc. hereby demands and requests trial by jury of all issues

raised that are triable by jury.

Dated: March 1, 2018.                              Respectfully submitted,

                                                   KONA ICE, INC.

                                                   /s/ William J. Rieder
                                                   William J. Rieder, B.P.R. No. 026551
                                                   Joseph Alan Jackson II, B.P.R. No. 030203
                                                   SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
                                                   601 Market Street, Suite 400
                                                   P.O. Box 1749
                                                   Chattanooga, Tennessee 37401
                                                   Telephone:  423-756-7000
                                                   Facsimile:   423-756-4801
                                                   wjr@smrw.com
                                                   jaj@smrw.com

                                                   *Attorneys for Plaintiff*

OF COUNSEL:
Brett A. Schatz (Ohio Reg. No. 0072038)
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234 Facsimile
bschatz@whe-law.com

7

Case 1:18-cv-00041-TRM-CHS   Document 1   Filed 03/01/18   Page 7 of 7   PageID #: 7

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

IN RE:                                                    )          MDL No. 2832
                                                         )
LIQUID TOPPING DISPENSING          )
SYSTEM ('447) PATENT LITIGATION    )
                                                         )

<u>**NOTICE OF TAG-ALONG CASES**</u>

# Exhibit C

# U.S. District Court
## Southern District of Ohio (Cincinnati)
## CIVIL DOCKET FOR CASE #: 1:18-cv-00409-MRB

Kona Ice, Inc. v. O'Connor et al
Assigned to: Judge Michael R. Barrett
Cause: 35:271 Patent Infringement

Date Filed: 06/11/2018
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Kona Ice, Inc.**

represented by **Brett A Schatz**
Wood Herron & Evans
2700 Carew Tower
441 Vine St
Cincinnati, OH 45202
513 241-2324
Fax: 513-241-6234
Email: bschatz@whepatent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sean O'Connor**

**Defendant**

**Rikki O'Connor**
*doing business as*
Tikiz of Cincinnati

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2018 | 1 | COMPLAINT with JURY DEMAND against Rikki O'Connor, Sean O'Connor ( Filing fee $ 400 paid - receipt number: 0648-6476179), filed by Kona Ice, Inc.. (Attachments: # 1 Exhibit 1-US Patent 9751447, # 2 Exhibit 2-Photographs, # 3 Civil Cover Sheet, # 4 Summons Form) (Schatz, Brett) (Entered: 06/11/2018) |
| 06/12/2018 | | If this case is referred, it will be to Magistrate Judge Stephanie K. Bowman. (mr) (Entered: 06/12/2018) |
| 06/12/2018 | 2 | Summons Issued as to Rikki O'Connor and Sean O'Connor. (mr) (Entered: 06/12/2018) |
| 06/12/2018 | 4 | |

| | | Corporate Disclosure Statement by Plaintiff Kona Ice, Inc.. (Schatz, Brett) (Entered: 06/12/2018) |
|---|---|---|
| 06/25/2018 | 5 | SUMMONS Returned Executed as to Defendants Rikki O'Connor, Sean O'Connor. Rikki O'Connor served on 6/16/2018, answer due 7/9/2018; Sean O'Connor served on 6/16/2018, answer due 7/9/2018. (Schatz, Brett) (Entered: 06/25/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/29/2018 13:12:23 | | |
| **PACER Login:** | Msculver86:2948189:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-00409-MRB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

https://ecf.ohsd.uscourts.gov/cgi-bin/DktRpt.pl?216244349595158-L_1_0-1          6/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KONA ICE, INC. | ) | |
| | ) | Civil Action No.: 1:18-cv-00409 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge: |
| | ) | |
| SEAN O'CONNOR and | ) | |
| RIKKI O'CONNOR | ) | |
| D/B/A TIKIZ OF CINCINNATI, | ) | |
| | ) | |
| Defendants. | | |

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiff Kona Ice, Inc. ("Kona Ice") complains against the Defendants Sean O'Connor and Rikki O'Connor, doing business as Tikiz of Cincinnati ("Defendants") as follows:

### NATURE OF THE ACTION

1.    This is an action for patent infringement and arises under the Patent Laws of the United States, Title 35, United States Code.

### THE PARTIES

2.    Kona Ice is a Kentucky corporation having its principal place of business at 5945 Centennial Circle, Florence, Kentucky 41042. Kona Ice offers frozen treats, including flavored shaved ice, through service vehicles, and it offers its products throughout the country through franchises.

3.    Upon information and belief, Defendants Sean O'Connor and Rikki O'Connor are individuals doing business as Tikiz of Cincinnati, having a place of business at 9350 Floral Avenue, Cincinnati, Ohio 45242, are actively, continuously, and systematically engaging in

1

business in the State of Ohio. Defendants have substantial and continuous contacts with this judicial district through their business activities.

## JURISDICTION AND VENUE

4.      Federal question jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      Venue in this Court is based upon 28 U.S.C. §§ 1391(b)-(c), and 1400(b). Upon information and belief, Defendants reside in the Southern District of Ohio and have their principal place of business in Cincinnati, Ohio, and as a result have a regular and established place of business within this district.

## BACKGROUND FACTS

6.      Kona Ice has, over the past several years, established a reputation as a supplier of frozen treats, including flavored shaved ice, in the United States. Kona Ice is represented through its franchisees throughout the United States.

7.      The technology used by Kona Ice in its service vehicles, through which it offers frozen treats, including flavored shaved ice, is disclosed in United States Patent No. 9,751,447, entitled "Liquid Toppings Dispensing System" ("the '447 patent"), which was duly and legally issued on September 5, 2017. A copy of the '447 patent is attached hereto as Exhibit 1.

8.      Kona Ice is the owner by assignment of the '447 patent.

9.      On information and belief, Defendants use, operate, and own, service vehicles through which they offer frozen treats, including flavored shaved ice ("Defendants' Service Vehicle"). An image of Defendants' Service Vehicle is attached hereto as Exhibit 2.

2

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 9,751,447

10.     The allegations of paragraphs 1-9 are incorporated herein by reference as though

fully set forth herein.

11.     Defendants have infringed and continue to infringe the '447 patent by their

operation and use of Defendants' Service Vehicle, through which they offer frozen treats,

including flavored shaved ice.  Defendants have infringed at least Claims 1, 2, 3, 4, 6, 7, and 10

of the '447 patent.

12.     Claim 1 of the '447 patent recites the following limitations:

A mobile confectionary apparatus, comprising:

a vehicle including at least one upstanding side wall;

an interior space surrounded by the at least one upstanding side wall and

configured to receive at least one person;

an opening extending through the at least one upstanding side wall and through

which an item may be passed from the interior space to outside of the vehicle; and

a liquid toppings dispensing system including a housing being positioned adjacent

to, and opposing, the at least one upstanding side wall and including a plurality of

liquid dispensers configured to dispense at least one liquid topping onto the item,

each of the plurality of liquid dispensers being in fluid communication with at

least one reservoir holding the at least one liquid topping, with the liquid toppings

3

dispensing system being located externally of the at least one upstanding side wall

and spaced entirely laterally therefrom by a gap.

13. Defendants' Service Vehicle incorporates each of the above recited limitations of

Claim 1 of the '447 patent.

14. As can be seen in Exhibit 2, Defendants' Service Vehicle is a mobile

confectionary apparatus, in that it is a service truck that can be moved, and it is used to provide

confections to customers.

15. As can be seen in Exhibit 2, Defendants' Service Vehicle is a vehicle including at

least one upstanding side wall, in that it is a truck, which is a vehicle, and incorporates at least

one wall that is used to enclose a rear portion of the truck.

16. As can be seen in Exhibit 2, Defendants' Service Vehicle includes an interior

space surrounded by the at least one upstanding side wall and configured to receive at least one

person, in that the rear portion of the truck is designed to allow at least one person to be present

therein.

17. As can be seen in Exhibit 2, Defendants' Service Vehicle includes an opening

extending through the at least one upstanding side wall and through which an item may be

passed from the interior space to outside of the vehicle, in that there is a window formed in the

side wall, and that window is used to pass items to customers from the inside of the rear portion

of the truck.

18. As can be seen in Exhibit 2, Defendants' Service Vehicle includes a liquid

toppings dispensing system including a housing, in that it incorporates multiple spigots, enclosed

by and supported by a frame, that are used to dispense liquid flavoring onto items sold to

customers. In addition, the liquid toppings dispensing system is positioned adjacent to, and

4

opposing, the at least one upstanding side wall, in that it is in close proximity to, and opposing, the side wall of the truck. In addition, the liquid toppings dispensing system includes a plurality of liquid dispensers configured to dispense at least one liquid topping onto the item, in that there is more than one spigot used to dispense liquid flavoring onto items sold to customers. In addition, each of the plurality of liquid dispensers are in fluid communication with at least one reservoir holding the at least one liquid topping, in that Defendants' Service Vehicle includes containers that house liquid toppings, and each spigot is attached to a container through a hose.

In addition, the liquid toppings dispensing system is located externally of the at least one upstanding side wall and spaced entirely laterally therefrom by a gap, in that it is mounted on the outside of the truck, and there is a space between it and the side wall of the truck.

19.     As can be seen in Exhibit 2, Defendants' Service Vehicle also incorporates each of the limitations the limitations of 2, 3, 4, 6, 7, and 10 of the '447 patent, as recited in Exhibit 1 hereto.

20.     On information and belief, the acts of infringement complained of herein are being carried out willfully and with full knowledge by Defendants of the '447 patent. To explain, upon information and belief, Defendants are a franchise of Tikiz Shaved Ice & Ice Cream and/or Tikiz Franchising, LLC ("Tikiz"). As a franchise of Tikiz, Defendants are or should be aware from their interactions with Tikiz that Tikiz is aware of and monitors the patents owned by Kona Ice. Upon information, through those interactions, Defendants are aware generally that Kona Ice owns patents relating to service vehicles that provide shaved ice and confections. Upon further information and belief, through those interactions, Defendants may be aware that Kona Ice is the owner of the '447 patent.

5